# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ISAIAH RIVERA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  CASE NO.:  7:23-CV-92 (WLS) |
| | : |
| FPL FOOD, LLC, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On March 31, 2025, the Court received an electronic communication sent to the Courtroom Deputy from Plaintiff's Counsel. Therein, Plaintiff's Counsel requested a telephone conference with the Court regarding Plaintiff's pending Motion to Stay Proceedings (Doc. 39) and Motion to Withdraw as Counsel (Doc. 41), as well as Defendant's Motion to Compel Plaintiff's Deposition and for Sanctions (Doc. 40). Counsel for Defendant also received the electronic communication.

Based on the Court's review of the pending Motions and Plaintiff's Counsel's request, the Court finds that a two-part hearing is appropriate. Accordingly, the Parties are **NOTICED** that the Court will hold a hearing on these matters on **Tuesday, April 8, 2025**, at **3:30 P.M.** via **Zoom conference**. During the first part of the hearing, the Court will hear from Plaintiff's Counsel regarding any matters that may be of a confidential attorney/client nature. Next, the Court will hear from Counsel for both Parties regarding the status of the case moving forward and other matters as may be necessary. The Court will provide, by separate Order or notice, further instruction and details on how Counsel are to appear remotely ahead of the hearing.

Further, Counsel for Plaintiff are **INSTRUCTED** to provide a copy of this Order to Plaintiff Rivera immediately.

**SO ORDERED**, this 2nd day of April 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
