IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ISAIAH RIVERA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO.: 7:23-CV-92 (WLS) |
| | : |
| FPL FOOD, LLC, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

On April 9, 2025, the Court held a hearing on Plaintiff's pending Motion to Stay Proceedings (Doc. 39) and Motion to Withdraw as Counsel (Doc. 41), as well as Defendant's Motion to Compel Plaintiff's Deposition and for Sanctions (Doc. 40). The Court issues this Order to memorialize the rulings made during the hearing.

First, the Court granted Plaintiff's Counsel Motion to Withdraw, finding that Counsel made a sufficient showing of good cause to warrant withdrawal from representation. Second, the Court denied Defendant's Motion to Compel and for Sanctions, without prejudice, after learning from Plaintiff's Counsel that Plaintiff did not receive the deposition notice underlying the motion. Finally, the Court heard from both Parties regarding Plaintiff's requested stay of the case. The Court ultimately granted Plaintiff's Motion to Stay in part, ordering a thirty-day stay of the case, rather than Plaintiff's request for a sixty-day stay.

To restate the Court's rulings, it is **ORDERED** that:

1. Plaintiff Counsel's Motion to Withdraw (Doc. 41) is **GRANTED**. Attorney Farahany is thus terminated as counsel of record.

2. Defendant's Motion to Compel Plaintiff's Deposition and for Sanctions (Doc. 40) is **DENIED**, **without prejudice**.

3. For good cause shown, Plaintiff's Motion to Stay Proceedings (Doc. 39) is **GRANTED-IN-PART**. Discovery in this case, including all pending deadlines, is **STAYED** for a period of **thirty (30) days** to allow Plaintiff an opportunity to obtain new counsel, should he desire to do so. Regardless of

whether Plaintiff chooses to hire new counsel, Plaintiff will be required, upon notice from Defendant, to sit for a deposition within thirty (30) days of the lift of the instant stay.

Furthermore, because Plaintiff is now proceeding pro se, the Court sets forth the following instructions and reminders. Unless and until Plaintiff elects to hire legal counsel to represent his interests, Plaintiff is solely responsible for the prosecution of his case. This includes, but is not limited to, keeping the Court informed where notices, pleadings, or other papers may be served, making court appearances, timely responding to opposing counsel's motions and requests, familiarizing himself with the Federal Rules of Civil Procedure and Evidence, and preparing for trial. In other words, Plaintiff is fully responsible for prosecuting his case at all times he is not represented by legal counsel. Failure or refusal to meet these obligations could result in sanctions or adverse consequences, up to and including entry of judgment against Plaintiff.

**SO ORDERED**, this 10th day of April 2025.

                                                    **/s/ W. Louis Sands**
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**