IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ISAIAH RIVERA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CV-92 (WLS) |
| | : | |
| FPL FOOD, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Previously, the Court granted-in-part Plaintiff's Motion to Stay Proceedings (Doc. 39) following a hearing held on April 9, 2025. (*See* Doc. 47). The Court stayed discovery and all pending deadlines in this case for a period of thirty (30) days to allow Plaintiff an opportunity to obtain new counsel, should he desire to do so. (*Id.*) That period expired on Saturday, May 10, 2025. Accordingly, the Court hereby **LIFTS** the stay of this case.

As discussed in the Court's previous Order (Doc. 47), Plaintiff will be required, upon notice from Defendant, to sit for a deposition within thirty (30) days of the entry of the instant Order. Plaintiff is again reminded that unless and until he elects to hire legal counsel to represent his interests, Plaintiff is solely responsible for the prosecution of his case. This includes, but is not limited to, keeping the Court informed where notices, pleadings, or other papers may be served, making court appearances, timely responding to opposing counsel's motions and requests, familiarizing himself with the Federal Rules of Civil Procedure and Evidence, and preparing for trial. In other words, Plaintiff is fully responsible for prosecuting his case at all times he is not represented by legal counsel. Failure or refusal to meet these obligations could result in sanctions or adverse consequences, up to and including entry of judgment against Plaintiff.

**SO ORDERED**, this 14th day of May 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**