IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ISAIAH RIVERA,                                    *

                              Plaintiff,          *

v.                                                           Case No. 7:23-cv-92 (WLS)

                                                  *

FPL FOOD LLC,                                     *

                              Defendant.          *

_____          *

### **J U D G M E N T**

Pursuant to this Court's Order dated August 13, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of August, 2025.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk